IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL A. SENTIF f/k/a/ MICHAEL | ) Civil No. 8:06-cv-1416-T-17-TBM |
| ANTHONY ALMOND; CHARTER ONE | ) |
| MORTGAGE CORPORATION; DAVID | ) |
| MUELLER; and LINDA MUELLER, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER GRANTING MOTION BY UNITED STATES
## FOR SUMMARY JUDGMENT

This matter came before the Court upon the motion by United States for summary judgment (Dkt. 12). Defaults have been entered against the defendants Michael A. Sentif (Dkt. 14), David Mueller (Dkt. 15), and Linda Mueller (Dkt 16). The United States by way of its motion has agreed that Countrywide Home Loans, Inc., is the assignee of Charter One Mortgage Corporation, and that its mortgage interest is superior in right to the federal tax liens as against the real property that is the subject of this action (Dkt 12). This Court entered an Order (Dkt 17) on January 22, 2007, directing all defendants to

show cause why summary judgment should not be granted to the Government.  None of

the defendants has done so.  Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED

That the motion by United States for summary judgment (Dkt 12) is GRANTED;

That Countrywide Home Loans, Inc., is substituted as defendant in place of

Charter One Mortgage Corporation; and

That a Judgment of Foreclosure shall be entered in favor of the United States and

against the defendant Michael A. Sentif.

DONE AND ORDERED in Tampa, Florida, this 3RD day of

April , 2007.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

Michael A. Sentif
10412 North Boulevard
Tampa, Florida 33612

Philip Doyle
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198, Ben Franklin Station
Washington, D.C.  20044

2300753.1

Paul I. Perez
United States Attorney
Middle District of Florida
Attn: Civil Division
400 Tampa Street, Suite 3200
Tampa, Florida 33602

David Mueller
13515 Greentree Drive
Tampa, Florida 33613
Linda Mueller
13515 Greentree Drive
Tampa, Florida 33613

Gregg R. Dreilinger
Law Office of David J. Stern. P.A.
801 S. University Drive
Suite 500
Plantation, Florida 33324

Miriam L. Mendieta
Law Office of David J. Stern. P.A.
801 S. University Drive
Suite 500
Plantation, Florida 33324

Gary F. Griffin
Property Appraisal and Liquidation Specialist
Internal Revenue Service
227 N. Bronough Street, Room 1019
Tallahassee, Florida 32301

2300753.1